UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR97-0027-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DONALD HOWARD PARKER, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 1, 2007. The United States was represented by Assistant United States Attorney Vince Lombardi, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape

The defendant had been charged and convicted of Possession of a Stolen U.S. Postal Money Order With Intent to Convert It. On or about April 11, 1997, defendant was sentenced by the Honorable Barbara J. Rothstein to a term of eighteen (18) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, no possession of firearms, consent to search and seizure, and restitution of $35,000.00.

Defendant was released to the community on April 10, 1998.

On June 2, 2005, defendant's supervision was revoked for absconding from Pioneer

Fellowship House, drinking alcohol, and committing the crimes of first-degree burglary, first-degree robbery, second-degree assault. Defendant was sentenced to sixty (60) days in custody for violating the conditions of his supervised release.

On or about October 18, 2005, defendant's supervised released again was revoked for possession of cocaine and heroin, using heroin, possession of drug paraphernalia, and failing to submit to drug testing. Defendant was sentenced to three (3) months in custody, to be followed by one year of supervised released with special conditions including up to 120 days in a community corrections center.

Defendant was transferred on December 2, 2005, from the custody of the Bureau of Prisons to Pioneer Fellowship House to serve the remainder of his sentence in a community corrections center.

In a Petition for Warrant or Summons, dated December 27, 2005, U.S. Probation Officer Brian Rogers asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to reside and satisfactorily participate in a community corrections center until discharged on or about December 24, 2005, in violation of special condition #11.

(2) Consuming alcohol on or about December 24, 2005, in violation of special condition #5 that he abstain from the use of alcohol during the term of supervision.

Officer Brian Rogers filed a Supplemental Violation report on March 30, 2006, to incorporate the following violation #3 with the previously reported violations of December 27, 2005:

(3) Committing robbery in the second degree, in violation of RCW 9A.56.210, on March 7, 2006, in violation of the general condition that defendant not commit another federal, state, or local crime.

At the initial hearing, the government modified violation #3 to read as follows:

(3) Committing theft and assault on March 7, 2006, in violation of the general

condition that defendant not commit another federal, state, or local crime.

Defendant's rights were read, acknowledged by him, and he admitted violations numbers 1, 2, and 3. He further waived any rights to an evidentiary hearing as to whether the violations occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, and 3 (as modified), and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez for June 15, 2007, at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 1st day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable Ricardo S. Martinez
      AUSA:                    Mr. Vince Lombardi
      Defendant's attorney:    Ms. Carol Koller
      Probation officer:       Mr. Brian Rogers